**CHIPMAN BROWN**

**CICERO & COLE**

CHIPMAN BROWN CICERO & COLE, LLP
THE HERCULES BUILDING
1313 N. MARKET STREET, SUITE 5400
WILMINGTON, DELAWARE 19801
WWW.CHIPMANBROWN.COM

ROBERT A. WEBER
(302) 295-0196
WEBER@CHIPMANBROWN.COM

February 11, 2021

<u>**VIA E-FILE AND HAND DELIVERY**</u>

The Honorable Colm F. Connolly
United State District Court
for the District of Delaware
844 North King Street, Unit 31
Wilmington, DE  19808

    Re:    *Cadient LLC (f/k/a HSG Solutions LLC v. Kronos Talent Management, LLC, et al.*
             C.A. No. 20-00773-CFC

Dear Judge Connolly:

    The parties in the above-referenced matter are pleased to advise the Court that the mediation before Magistrate Judge Fallon has been successful and a settlement has been reached.  The parties respectfully request cancellation of the trial (scheduled to commence March 17, 2021), and will file a stipulation of dismissal once the settlement has been fully documented.

    We are available at the Court's convenience to address any questions.

                                  Most respectfully,

                                  */s/ Robert A. Weber*

                                  Robert A. Weber (#4013)

cc:  Susan M. Hannigan, Esq.