# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADIENT LLC (f/k/a HSG SOLUTIONS LLC), a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> KRONOS TALENT MANAGEMENT, LLC, and Oregon limited liability company, and KRONOS INCORPORATED, a Massachusetts corporation, <br><br> Defendants. | C.A. No. 20- cv-00773-CFC |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties voluntarily dismiss this action in its entirety with prejudice.

Dated: Wilmington, Delaware
April 1, 2021

| | |
|---|---|
| */s/ Joseph B. Cicero* | */s/ Susan M. Hannigan* |
| Joseph B. Cicero (#4388) <br> CHIPMAN BROWN CICERO & COLE, LLP <br> Hercules Plaza <br> 1313 North Market Street, Suite 5400 <br> Wilmington, DE 19801 <br> (302) 295-0191 <br> cicero@chipmanbrown.com | Susan M. Hannigan (#5342) <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> hannigan@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |